**Order entered December 30, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00562-CR
No. 05-13-00687-CR

**JAMES ERIC HOOTEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-80075-2012, 366-80086-08**

## ORDER

We **GRANT** appellant's December 20, 2013 second motion for extension of time to file

appellant's brief. Appellant's brief tendered to the Clerk of the Court on December 20, 2013 is

**DEEMED** timely filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE